# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JAMES C. SMITH**  **PETITIONER**
**ADC #83395**

v.  **CASE NO. 5:10CV00002 JLH/BD**

**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**  **RESPONDENT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner James C. Smith's Petition for Writ of Habeas Corpus (docket entry #1) is DISMISSED with prejudice.

IT IS SO ORDERED this 4th day of June, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE