## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**JAMES C. SMITH**                                                        **PETITIONER**
**ADC #83395**


**v.**                        **CASE NO. 5:10CV00002 JLH/BD**


**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**                        **RESPONDENT**


### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 4th day of June, 2010.


_____
UNITED STATES DISTRICT JUDGE