IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES C. SMITH**                                                                                          **PETITIONER**
**ADC #83395**

v.                               CASE NO. 5:10CV00002 JLH/BD

**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**                                         **RESPONDENT**

## AMENDED ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere and objections to the Recommended Disposition filed by James C. Smith on June 4, 2010. After careful review of the Recommended Disposition and *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner James C. Smith's Petition for Writ of Habeas Corpus (docket entry #1) is DISMISSED with prejudice.

IT IS SO ORDERED this 7th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE