IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JAMES C. SMITH**  **PETITIONER**
**ADC #83395**

v.   CASE NO. 5:10CV00002 JLH/BD

**RAY HOBBS, Interim Director,**
**Arkansas Department of Correction**   **RESPONDENT**

## AMENDED JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 7th day of June, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE